[Cite as *Heinz v. State*, 2022-Ohio-2466.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## PORTAGE COUNTY

| | |
|---|---|
| TIMOTHY J. HEINZ, | **CASE NO. 2022-P-0028** |
| Plaintiff-Appellant, | |
| - v - | Civil Appeal from the Court of Common Pleas |
| STATE OF OHIO, et al., | |
| Defendants-Appellees. | Trial Court No. 2021 CV 00249 |

## M E M O R A N D U M
## O P I N I O N

Decided: July 18, 2022
Judgment: Appeal dismissed

*Timothy J. Heinz*, pro se, P.O. Box 1071, Ravenna, OH 44266 (Plaintiff-Appellant).

*Dave Yost*, Ohio Attorney General, and *Michael A. Walton*, Assistant Attorney General, State Office Tower, 30 East Broad Street, 16th Floor, Columbus, OH 43215-3428 (For Defendants-Appellees, State of Ohio and Attorney General Dave Yost).

*Cooper D. Bowen* and *Lisa M. Zaring*, Montgomery Jonson, LLP, 600 Vine Street, Suite 2650, Cincinnati, OH 45202 (For Defendants-Appellees, Judge Laurie J. Pittman, Clerk Jill Fankhauser and Sheriff David Doak).

*Eric Fink*, 11 River Street, Kent, OH 44240 (For Defendants-Appellees, Eric N. Lindsey and Eradal Inc.).

*David J. Dirisamer*, Barnes & Thornburg, LLP, 41 South High Street, Suite 3300, Columbus, OH 43215 (For Defendant-Appellee, U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust).

*Peter C. Kratcoski*, Williams, Kratcoski & Can, LLC, 11 South River Street, Suite A, Kent, OH 44240 (For Defendant-Appellee, Peter C. Kratcoski, Esq.).

MARY JANE TRAPP, J.

{¶1}   On June 3, 2022, Timothy J. Heinz filed this appeal.  He filed a pro se motion for leave to appeal from two March 11, 2022 entries of the Portage County Court of Common Pleas: one which declared him a vexatious litigator and another granting summary judgment in favor of appellees.  Mr. Heinz filed a prior appeal from the same March 11, 2022 entries, which we dismissed because he did not seek leave to proceed from this court.  *Heinz v. State*, 11th Dist. Portage No. 2022-P-0019, 2022-Ohio-1369.

{¶2}   A vexatious litigator must file an application for leave to proceed before the expiration of the 30-day period under App.R. 4(A).  *RRL Holding Co. of Ohio, LLC v. Stewart*, 10th Dist. Franklin No. 20AP-493, 2021-Ohio-3989, ¶ 16.  If a vexatious litigator files for leave after the expiration of the 30-day period, an appellate court lacks jurisdiction over the appeal.  *See State ex rel. Sapp v. Franklin Cty. Court of Appeals*, 118 Ohio St.3d 368, 2008-Ohio-2637.

{¶3}   In this matter, Mr. Heinz sought leave pursuant to R.C. 2323.52(D)(3), but he failed to file his notice of appeal within the 30-day period for filing under App.R. 4(A).  Thus, this court lacks jurisdiction over this matter.

{¶4}   Accordingly, the motion for leave to proceed is overruled and this appeal is dismissed as untimely.


MATT LYNCH, J.,

JOHN J. EKLUND, J.,

concur.

Case No. 2022-P-0028